1  Alicia J. Donahue (SBN: 117412)
   adonahue@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   555 Mission St., Suite 2300
3  San Francisco, CA 94105
   Phone: (415) 544-1900 / Fax: (415) 391-0281
4
5  *Attorney for Defendant Gilead Sciences, Inc.*

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9  | ADRIAN HOLLEY, et al., | Case No. 4:18-cv-06972-JST |
   |---|---|
   | *Plaintiffs,* | [PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER [FAILURE TO TIMELY MOVE TO SUBSTITUTE PROPER PARTY PLAINTIFFS] |
   | vs. | |
   | GILEAD SCIENCES, INC., | |
   | *Defendant.* | [Filed concurrently with Defendant Gilead Sciences, Inc.'s Uncontested Motion to Dismiss Deceased Plaintiffs' Claims for Failure to Timely Move to Substitute Proper Party Plaintiffs and Declaration of Alicia J. Donahue in Support] |
   | *This documents relates to:* | |
   | *Cox, et al. v. Gilead Sciences, Inc.*, Case No. 4:21-cv-06807-JST; and | |
   | *Davillier, et al. v. Gilead Sciences, Inc.,* Case No. 4:20-cv-00570. | Re: ECF No. 1701 |

# [PROPOSED] ORDER

The Court has considered Defendant Gilead Sciences, Inc.'s ("Gilead's") uncontested motion to dismiss the claims of Plaintiffs listed in the Appendix A to this Order ("Plaintiffs") for failure to timely move to substitute proper party plaintiffs pursuant to the Court's November 28, 2023 Stipulation and Order Regarding Deceased Plaintiffs (ECF No. 1435) and Federal Rule of Civil Procedure 25.

GOOD CAUSE APPEARING, including the uncontested nature of Gilead's motion and Plaintiffs' continued failure to move to substitute proper party plaintiffs and Plaintiffs' counsel's,

IT IS HEREBY ORDERED that Gilead's Motion is **GRANTED**;

IT IS FURTHER ORDERED that the above-captioned actions are dismissed without prejudice, under Federal Rules of Civil Procedure 25 and 41(b), as to Plaintiffs listed in Appendix A to this Order only.

**IT IS SO ORDERED**.

Dated:   March 17, 2025

_____
Honorable Jon S. Tigar

2

[PROPOSED] ORDER RE: DISMISSAL OF CLAIMS OF PLAINTIFFS LISTED ON APPENDIX A TO THIS ORDER [FAILURE TO TIMELY MOVE TO SUBSTITUTE PROPER PARTY PLAINTIFFS] – NO. 4:18-CV-06972-JST

# Appendix A

| LMI ID | Plaintiff name | Case Name | Case No. | Complaint Filing Date | Plaintiff's Counsel | Date of Death | Date Plaintiff's counsel initially confirmed Plaintiff's death |
|---|---|---|---|---|---|---|---|
| 1006287 | Artuso, Michael | Cox, J. et al v. Gilead Sciences, Inc. | 4:21-cv-06807-JST | 6/12/2021 | Hilliard Martinez Gonzales LLP | 10/1/2024 | 12/10/2024 |
| 534121 | Jones, Melville | Davillier et al. v. Gilead Sciences, Inc. | 4:20-cv-00570-JST | 1/24/2020 | Hilliard Martinez Gonzales LLP | 6/2/2022 | 7/27/2023 |