# REVISED

# EXHIBIT A

| LMI ID | Plaintiff Name | Case Name | Case Number |
| --- | --- | --- | --- |
| 529065 | Johnson, Eric C. | Lyons et al. v. Gilead Sciences, Inc. | 4:19-cv-02538-JST |
| 529187 | Caldwell, Halbert L. | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529213 | Dare, Garth L. | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529228 | Adams, David L. | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529276 | Harris, Audrea N. | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529284 | Hernandez, Nancy | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529315 | Jones, Daniel T. | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 529319 | Key, Mamie L. | Mosely et al. v. Gilead Sciences, Inc. | 4:19-cv-05816-JST |
| 530263 | Johnson, Ronald | Dowdy et al. v. Gilead Sciences, Inc. | 4:19-cv-00481-JST |
| 530357 | Moreira, Claudio | Holley et al. v. Gilead Sciences, Inc. | 4:18-cv-06972-JST |
| 534078 | Miller, Bernard Kevin | Davillier et al. v. Gilead Sciences, Inc. | 4:20-cv-00570-JST |
| 534150 | Woodland, Tom W. | Davillier et al. v. Gilead Sciences, Inc. | 4:20-cv-00570-JST |
| 633325 | Guyton III, Walter Lee L., III | Calkins et al. v. Gilead Sciences, Inc. | 4:20-cv-01884-JST |
| 658063 | Seals, Nicole B. | Pennington et al. v. Gilead Sciences, Inc. | 4:20-cv-03489-JST |
| 658106 | Simpson, Montrey J. | Pennington et al. v. Gilead Sciences, Inc. | 4:20-cv-03489-JST |
| 658108 | Blair Jr., Robert N., Jr. | Pennington et al. v. Gilead Sciences, Inc. | 4:20-cv-03489-JST |
| 678160 | Von-Schmidt, Jeffrey Thomas | Leon et al. v. Gilead Sciences, Inc. | 4:20-cv-03744-JST |
| 685931 | Casada, Steven A. | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 685942 | Conn, Terry L. | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 685972 | Funso, Akintunde A. | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 686048 | Prosser, Harvey L., II | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 686066 | Stark, Rodney E., Sr. | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 686090 | Zeigler, Ledarre V. | Goldfinger et al. v. Gilead Sciences, Inc. | 4:20-cv-04043-JST |
| 724187 | Brown, Curtis L. | Coleman et al. v. Gilead Sciences, Inc. | 4:20-cv-04546-JST |
| 729545 | Reed, Anthony D. | Mack et al. v. Gilead Sciences, Inc. | 4:20-cv-04734-JST |
| 735281 | Walker, Michelle C. | Mack et al. v. Gilead Sciences, Inc. | 4:20-cv-04734-JST |
| 896413 | Rivera Ortiz, Gregory | Nicholson, et al. v Gilead Sciences, Inc. | 4:20-cv-08751-JST |
| 896415 | Robinson, Cornelious D. | Nicholson, et al. v Gilead Sciences, Inc. | 4:20-cv-08751-JST |
| 903491 | Smith, Jamontae A. | Gavaldon, A et al v. Gilead Sciences, Inc. | 4:21-cv-00112-JST |
| 944724 | Harris, Cynthia Y. | Youakim, et al v. Gilead Sciences, Inc. | 4:21-cv-01054-JST |
| 960369 | Cornish, Raymond M. | White, A. et al v. Gilead Sciences, Inc. | 4:21-cv-02039-JST |
| 960371 | Alston, Eric Oneal | White, A. et al v. Gilead Sciences, Inc. | 4:21-cv-02039-JST |
| 960405 | Archuleta, David Geronimo | Johnson, C. et al. v. Gilead Sciences, Inc. | 4:21-cv-01931-JST |
| 960410 | Brown, Kirk | Johnson, C. et al. v. Gilead Sciences, Inc. | 4:21-cv-01931-JST |
| 960428 | Whitaker, John | Johnson, C. et al. v. Gilead Sciences, Inc. | 4:21-cv-01931-JST |
| 978789 | Daniels, Loretta Y. | Hawkins, et al. v. Gilead Sciences, Inc. | 4:21-cv-02539-JST |
| 978792 | Griffin, Richard D. | Hawkins, et al. v. Gilead Sciences, Inc. | 4:21-cv-02539-JST |
| 978796 | Large, James Patton | Hawkins, et al. v. Gilead Sciences, Inc. | 4:21-cv-02539-JST |
| 1006284 | Overcash, Joe | Cox, J. et al v. Gilead Sciences, Inc. | 4:21-cv-06807-JST |
| 1006289 | Sloan, Pamela A. | Cox, J. et al v. Gilead Sciences, Inc. | 4:21-cv-06807-JST |
| 1006293 | Williams, Wesley H. | Cox, J. et al v. Gilead Sciences, Inc. | 4:21-cv-06807-JST |
| 1007556 | Trotter, Devon L. | Miller, C. et al. v. Gilead Sciences, Inc | 4:21-cv-06947-JST |
| 1007846 | Waiters, Tyo | Woodley, et al. v. Gilead Sciences, Inc. | 4:21-cv-06574-JST |

| LMI ID | Plaintiff Name | Case Name | Case Number |
| --- | --- | --- | --- |
| 1008329 | Cooper, Torrey W. | Black et al. v. Gilead Sciences, Inc. | 4:21-cv-04081-JST |
| 1008341 | Toro, Denise L. | Black et al. v. Gilead Sciences, Inc. | 4:21-cv-04081-JST |
| 1008355 | Baker, Todd | Hooper et al. v. Gilead Sciences, Inc. | 4:21-cv-04283-JST |
| 1016230 | Malone, Darryl N. | Jaime, et al. v. Gilead Sciences, Inc. | 4:21-cv-05112-JST |
| 1020897 | Goodpaster, Scott Allen | Falls, et al. v. Gilead Sciences, Inc. | 4:21-cv-05387-JST |
| 1020904 | Dixon Jr., Thomas L. L., Jr. | Falls, et al. v. Gilead Sciences, Inc. | 4:21-cv-05387-JST |
| 1027607 | Jenkins, Roosevelt | Criado, et al. v. Gilead Sciences, Inc. | 4:21-cv-05656-JST |
| 1027624 | Fabbro, Patches Z. | Criado, et al. v. Gilead Sciences, Inc. | 4:21-cv-05656-JST |
| 1027652 | Bingham-Slocan, Dolores E. | Criado, et al. v. Gilead Sciences, Inc. | 4:21-cv-05656-JST |
| 1027671 | Upchurch, Larry D. | Criado, et al. v. Gilead Sciences, Inc. | 4:21-cv-05656-JST |
| 1027681 | Rosado, Willy | Criado, et al. v. Gilead Sciences, Inc. | 4:21-cv-05656-JST |
| 1067044 | Baker, Cassietta R. | Brooks, et al. v. Gilead Sciences, Inc. | 4:21-cv-06458-JST |
| 1067048 | Gonzalez, Jerry J. | Brooks, et al. v. Gilead Sciences, Inc. | 4:21-cv-06458-JST |
| 1067664 | Ragan, Russell D. | Pegeron, et al. v. Gilead Sciences, Inc. | 4:21-cv-06822-JST |
| 1067680 | Stewart, Cassandra | Pegeron, et al. v. Gilead Sciences, Inc. | 4:21-cv-06822-JST |
| 1067687 | Van Dunk, Jessica | Pegeron, et al. v. Gilead Sciences, Inc. | 4:21-cv-06822-JST |
| 1068908 | Antonelli, Charles | Walsh, Barbara, et al v Gilead Science, Inc. | 4:21-cv-06184-JST |
| 1068917 | Grisales, Luis | Walsh, Barbara, et al v Gilead Science, Inc. | 4:21-cv-06184-JST |
| 1074008 | Felder, Rita O. | Hamilton et al. v. Gilead Sciences, Inc. | 4:21-cv-07687-JST |
| 1083274 | Cooper, Brian | Geller et al. v. Gilead Sciences, Inc. | 4:21-cv-08752-JST |
| 1083290 | Bulding, Jalim Y. | Geller et al. v. Gilead Sciences, Inc. | 4:21-cv-08752-JST |
| 1083313 | Epps, Silverleen | Geller et al. v. Gilead Sciences, Inc. | 4:21-cv-08752-JST |
| 1083386 | Norris, Dyshannon T. | Geller et al. v. Gilead Sciences, Inc. | 4:21-cv-08752-JST |
| 1083388 | Oun, Tarek | Geller et al. v. Gilead Sciences, Inc. | 4:21-cv-08752-JST |
| 1083421 | Weaver, Ron K. | Geller et al. v. Gilead Sciences, Inc. | 4:21-cv-08752-JST |
| 1088000 | Warncke, Gregory M. | Young, A., et al. v. Gilead Sciences, Inc. | 4:21-cv-10006-JST |
| 1088063 | Robinson, Barbara A. | Robinson, B., et al. v. Gilead Sciences, Inc. | 4:21-cv-09340-JST |
| 1088602 | Endicott, Phillip A. | Bird, et al. v. Gilead Sciences, Inc. | 4:22-cv-00595-JST |
| 1088604 | Mason, Nancy K. | Bird, et al. v. Gilead Sciences, Inc. | 4:22-cv-00595-JST |
| 1100331 | Miller, Denise A. | Frink et al v. Gilead Sciences, Inc. | 4:22-cv-01232-JST |
| 1100357 | Luke, Keith N. | Seale et al. v. Gilead Sciences, Inc. | 4:22-cv-01032-JST |
| 1100367 | Hines, Kristy Denise | Seale et al. v. Gilead Sciences, Inc. | 4:22-cv-01032-JST |
| 1100373 | Green, Danny Lee | Seale et al. v. Gilead Sciences, Inc. | 4:22-cv-01032-JST |
| 1100384 | Brown, Denise D. | Seale et al. v. Gilead Sciences, Inc. | 4:22-cv-01032-JST |
| 1100415 | Soto, Angela | Seale et al. v. Gilead Sciences, Inc. | 4:22-cv-01032-JST |
| 1100416 | Smith, Clyde V. | Seale et al. v. Gilead Sciences, Inc. | 4:22-cv-01032-JST |
| 1106203 | Durant, Chris | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1106210 | Day, Robin Lee | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1106595 | Shepherd, Ari D. | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1106620 | Patrick, Alicia | Kelly, A., et al. v. Gilead Sciences, Inc. | 4:22-cv-00688-JST |
| 1122882 | English, Alfred N. | Cariano, et al. v. Gilead Sciences, Inc. | 4:22-cv-01867-JST |
| 1122919 | Fernandez, Nilsa I. | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122921 | Escher, James H., Jr. | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |

| LMI ID | Plaintiff Name | Case Name | Case Number |
|---|---|---|---|
| 1122941 | Bush, Gordon M. | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122983 | Moore, Michael | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1122992 | Castillo Lugo, Sigfredo | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1123001 | LeBlanc, David | Keefe, et al. v. Gilead Sciences, Inc. | 4:22-cv-01370-JST |
| 1125376 | Gray, Todd A. | Lee, et al. v. Gilead Sciences, Inc. | 4:22-cv-02353-JST |
| 1126935 | Aarons, Phillip A. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126955 | Cullar, Tommy L. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126958 | Doczi, David F. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126969 | Green, Leon | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126971 | Hansen, Craig L. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1126986 | Martinez, Juan G. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1127008 | Price, Paul D. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1127088 | Illsley, Jeri L. | Harlan, et al. v. Gilead Sciences, Inc. | 4:22-cv-03156-JST |
| 1146204 | Morris, Jessica | Sharp, D., et al. v. Gilead Sciences, Inc. | 4:22-cv-09184-JST |
| 1146217 | Burrows, Dedra D. | Sharp, D., et al. v. Gilead Sciences, Inc. | 4:22-cv-09184-JST |
| 1153017 | Harris, Garrie J. | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 1153076 | Phillips III, Floyd Allen, III | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 1153089 | Martini, Cynthia Lorayne | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 1153090 | McGee, Melissa Renee | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 1153099 | Lambeth, Frank T. | Danner, et al. v. Gilead Sciences, Inc. | 4:23-cv-01517-JST |
| 1155909 | Pratt, Michael P. | Sutton, Anita, et al. v. Gilead Sciences, Inc. | 4:23-cv-02607-JST |
| 1155922 | Crowe, Brett M. | Sutton, Anita, et al. v. Gilead Sciences, Inc. | 4:23-cv-02607-JST |